UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  **EDCV 18-2042 MWF (SPx)**                            Date:  February 14, 2020

Title    **Linda Vodicka v. Navient Solutions, LLC**

Present: The Honorable:    MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

On December 6, 2018, the Court issued an Order Staying Proceedings Pending Arbitration ("Order").  (Docket No. 13).  That Order included that counsel shall file a status report every 60 days beginning on February 7, 2019.  The last report was filed on December 4, 2019.  (Docket No. 21).  The report that was due February 3, 2020 has not been filed.

Plaintiff is ordered to file the status report, and show cause in writing no later than **February 28, 2020,** as to why this action should not be dismissed for failure to comply with this Court's Order.  No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  This Order to Show Cause will stand submitted upon the filing of the response.  *Failure to respond to the Order to Show Cause will result in dismissal of this action*.

IT IS SO ORDERED.

Initials of Preparer:  RS/sjm