Brian Brazier, Esq. (SBN: 245004)
Price Law Group, APC
8245 N 85th Way
Scottsdale, AZ 85258
Tel: 818-907-2030
brian@pricelawgroup.com
*Attorneys for Plaintiff,*
*Linda Vodicka*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA VODICKA, <br><br> Plaintiff, <br><br> v. <br><br> NAVIENT SOLUTIONS, LLC, formerly known as NAVIENT SOLUTIONS, INC., <br><br> Defendant. | Case No. 5:18-cv-02042-MFW-SP <br><br> **NOTICE OF SETTLEMENT** <br><br><br> Honorable Michael W. Fitzgerald |

**NOTICE IS HEREBY GIVEN** that Plaintiff Linda Vodicka and Defendant Navient Solutions, LLC, formerly known as Navient Solutions, Inc., ("Navient"), have settled all claims between them in this matter. The parties are in the process of completing the final settlement documents and expect to file a Stipulated Dismissal with Prejudice within the next forty (40) days. Plaintiff requests the Court vacate all deadlines in this matter, as there are no remaining Defendants. Plaintiff further requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

//

-1/2-

NOTICE OF SETTLEMENT

| | |
|---|---|
| Date: February 14, 2020 | PRICE LAW GROUP, APC |
| | BY: *Brian Brazier* |
| | Brian Brazier, Esq. (SBN: 245004) |
| | brian@pricelawgroup.com |
| | *Attorneys for Plaintiff,* |
| | *Linda Vodicka* |

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2020, I electronically filed the foregoing document with the Clerk of the Court using the ECF system. Notice of such filing will be sent to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

PRICE LAW GROUP, APC

By: /s/ *Florence Lirato*

-2/2-

NOTICE OF SETTLEMENT