Brian Brazier, Esq. (SBN: 245004)
PRICE LAW GROUP, APC
8245 N 85th Way
Scottsdale, AZ 85258
P: 818-907-2030
brian@pricelawgroup.com
*Attorneys for Plaintiff,*
*Linda Vodicka*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA VODICKA,<br><br>Plaintiff,<br><br>vs.<br><br>NAVIENT SOLUTIONS, LLC, formerly known as NAVIENT SOLUTIONS, INC.,<br><br>Defendant. | Case No.: 5:18-CV-02042-MWF-SP<br><br>**STIPULATION OF DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Linda Vodicka and Navient Solutions, LLC, formerly known as Navient Solutions, Inc. ("NSL"), by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice. The parties have further stipulated that each party shall bear their own attorneys' fees, costs, and expenses.

Respectfully submitted this 20th day of March 2020.

- 1 -

| PRICE LAW GROUP, APC | HINSHAW & CULBERTSON LLP |
|---|---|
| By: */s/Brian Brazier* <br> Brian Brazier <br> 8245 N 85th Way <br> Scottsdale, AZ 85258 <br> P: 818-907-2030 <br> brian@pricelawgroup.com | By: */s/ Dennis N. Lueck, Jr.* <br> Dennis N. Lueck, Jr. (SBN: 292414) <br> Ashley M. Brettingen (SBN: 315703) <br> 633 West 5th Street, 47th Floor <br> Los Angeles, CA 90071 <br> P: 310-680-2800 <br> P: 310-909-8000 <br> dlueck@hinshawlaw.com <br> abrettingen@hinshawlaw.com |
| *Attorneys for Plaintiff* <br> *Linda Vodicka* | *Attorneys for Defendant* <br> *Navient Solutions, LLC, formerly known as Navient Solutions, Inc.* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 23, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

                                                   PRICE LAW GROUP, APC

                                                   */s/Florence Lirato* <br>
                                                   Florence Lirato