**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA VODICKA,<br><br>        Plaintiff,<br>vs.<br><br>NAVIENT SOLUTIONS, LLC,<br>formerly known as<br>NAVIENT SOLUTIONS, INC.,<br><br>        Defendant. | Case No.: 5:18-CV-02042-MWF-SP<br><br>**ORDER** |

Upon review of the parties' Stipulation of Dismissal of Defendant Navient Solutions, LLC, and good cause appearing,

**IT IS ORDERED** that the Stipulation is **GRANTED**.

The above-entitled matter is hereby dismissed with prejudice, as to Navient Solutions, LLC, with the parties to bear their own attorneys' fees, costs, and expenses.

**IT IS SO ORDERED.**

Dated: March 24, 2020

_____
HONORABLE MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE

- 1 -